IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:03CR3094 |
| v. | ) | |
| | ) | |
| BOBBIE ELAINE PARKER, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

1. Defendant's counsel's motion to withdraw, filing 52, is granted. The Federal Public Defender for the District of Nebraska shall provide the court with a draft appointment order (CJA Form 20) for substitute counsel bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

2. Substitute counsel shall enter an appearance as soon as practicable.

DATED this 13th day of March, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge